UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                          Case No. 16-15379-RAM
                                                                Chapter 7 Proceeding
Ofer Zosman,


_____Debtor_____/

## TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The trustee herein files this Notice of Dividends to the Creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on **March 21, 2017**. If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 311.


Date: March 21, 2017

                                                    By: */s/ Ross R. Hartog, Trustee*
                                                    Ross R. Hartog, Trustee
                                                    9130 S. Dadeland Blvd, Ste 1800
                                                    Miami, FL 33156
                                                    Telephone: (305) 670-5000
                                                    Facsimile: (305) 670-5011
                                                    Email: trustee@mrthlaw.com

# PROPOSED CLAIM DISTRIBUTION REPORT

| Trustee Name: | Ross R. Hartog | | Distribution Date: | 02/08/2017 |
|---|---|---|---|---|
| Case Number: | 16-15379-RAM | | Distribution Amt: | $17,407.84 |
| Case Name: | Zosman, Ofer | | Tax ID: | 306543791 |
| Claims Bar Date: | 07/28/2016 | | Date: | 3/21/2017 |

| Claim No | Creditor Name: | Claim Class | Transaction Code | Proposed Distribution | | | | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | Amount | Paid to Date | Interest | Proposed Paymt | |
| | Beginning Balance | | | | | | | $17,407.84 |
| | JOHN H LEE MRTH 9130 So. Dadeland Boulevard, Suite 1800 Miami FL 33156 | Attorney for Trustee Expenses (Trus | 3120-000 | $1397.27 | $1,397.27 | $0.00 | $1,397.27 | $16,010.57 |
| | Percent Paid: 100.00% | Notes: FFA [ECF 72] | | | | | | |
| | Sub-Totals: Attorney for Trustee Expenses (Trus | | | $1,397.27 | $1,397.27 | $0.00 | $1,397.27 | |
| | JOHN H LEE MRTH 9130 So. Dadeland Boulevard, Suite 1800 Miami FL 33156 | Attorney for Trustee Fees (Trustee | 3110-000 | $6000.00 | $6,000.00 | $0.00 | $6,000.00 | $10,010.57 |
| | Percent Paid: 100.00% | Notes: FFA [ECF 72] | | | | | | |
| | Sub-Totals: Attorney for Trustee Fees (Trustee | | | $6,000.00 | $6,000.00 | $0.00 | $6,000.00 | |
| | ROSS HARTOG Ross Hartog 9130 S. Dadeland Boulevard Suite 1800 Miami FL 33156 | Trustee Compensation | 2100-000 | $2000.00 | $2,000.00 | $0.00 | $2,000.00 | $8,010.57 |
| | Percent Paid: 100.00% | Notes: Notice of Voluntary Fee Waiver | | | | | | |
| | Sub-Totals: Trustee Compensation | | | $2,000.00 | $2,000.00 | $0.00 | $2,000.00 | |
| | ROSS HARTOG 9130 S. Dadeland Boulevard Suite 1800 Miami FL 33156 | Trustee Expenses | 2200-000 | $123.08 | $123.08 | $0.00 | $123.08 | $7,887.49 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| | Sub-Totals: Trustee Expenses | | | $123.08 | $123.08 | $0.00 | $123.08 | |
| 1 | EDGEFIELD HOLDINGS, LLC c/o Mark King 7000 Central Parkway, Suite 700 Atlanta GA 30328 | General Unsecured 726(a)(2) | 7100-000 | $691661.45 | $1,215.56 | $0.00 | $1,215.56 | $6,671.93 |
| | Percent Paid: 0.18% | Notes: | | | | | | |
| 2 | SUNTRUST BANK Attn. Support Services P.O. Box 85092 Richmond VA 23286 | General Unsecured 726(a)(2) | 7100-000 | $59576.54 | $104.70 | $0.00 | $104.70 | $6,567.23 |
| | Percent Paid: 0.18% | Notes: | | | | | | |
| 3 | REAL TIME RESOLUTIONS, INC. POB 35888 Dallas TX 85235 | General Unsecured 726(a)(2) | 7100-000 | $270625.34 | $475.61 | $0.00 | $475.61 | $6,091.62 |
| | Percent Paid: 0.18% | Notes: | | | | | | |

Page No: 1

# PROPOSED CLAIM DISTRIBUTION REPORT

| Trustee Name: | Ross R. Hartog | Distribution Date: | 02/08/2017 |
| --- | --- | --- | --- |
| Case Number: | 16-15379-RAM | Distribution Amt: | $17,407.84 |
| Case Name: | Zosman, Ofer | Tax ID: | 306543791 |
| Claims Bar Date: | 07/28/2016 | Date: | 3/21/2017 |

| Claim No | Creditor Name: | Claim Class | Transaction Code | Proposed Distribution | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Amount | Paid to Date | Interest | Proposed Paymt | Balance |
| 4 | BRUCE W. GREER<br>C/O Roth & Scholl<br>866 South Dixie Highway<br>Coral Gables FL 33146 | General Unsecured 726(a)(2) | 7100-000 | $450850.00 | $792.35 | $0.00 | $792.35 | $5,299.27 |
| | Percent Paid: 0.18% | Notes: | | | | | | |
| 5 | AMERICAN EXPRESS BANK FSB<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern PA 193550701 | General Unsecured 726(a)(2) | 7100-000 | $240895.38 | $423.36 | $0.00 | $423.36 | $4,875.91 |
| | Percent Paid: 0.18% | Notes: | | | | | | |
| 6 | EASTERN NATIONAL BANK<br>c/o Roy M. Hartman, Esq.<br>Sacher Zelman Hartman, P.A.<br>9130 S. Dadeland Blvd<br>Ste 2000<br>Miami FL 33156 | General Unsecured 726(a)(2) | 7100-000 | $1737648.96 | $3,053.84 | $0.00 | $3,053.84 | $1,822.07 |
| | Percent Paid: 0.18% | Notes: | | | | | | |
| 7 | BANK OF FLORIDA<br>as Successor in Interest to Bristo<br>2775 Sunny Isles Blvd.,Suite 100<br>Miami FL 33160 | General Unsecured 726(a)(2) | 7100-000 | $55444.84 | $97.44 | $0.00 | $97.44 | $1,724.63 |
| | Percent Paid: 0.18% | Notes: | | | | | | |
| 8 | AIS VENTURES, LLC<br>C/O Edward J Pa<br>4000 Hollywood Blvd, Ste 500<br>Hollywood FL 33021 | General Unsecured 726(a)(2) | 7100-000 | $363194.19 | $638.30 | $0.00 | $638.30 | $1,086.33 |
| | Percent Paid: 0.18% | Notes: | | | | | | |
| 9 | PREMIER AMERICAN BANK<br>Florida Community Bank<br>Attn: Sam Carter<br>2325 Vanderbilt Beach Road, Suite 200<br>Naples FL 34109 | General Unsecured 726(a)(2) | 7100-000 | $618126.42 | $1,086.33 | $0.00 | $1,086.33 | $0.00 |
| | Percent Paid: 0.18% | Notes: | | | | | | |
| Sub-Totals: General Unsecured 726(a)(2) | | | | $4,488,023.12 | $7,887.49 | $0.00 | $7,887.49 | |
| | | TOTALS: | | $4497543.47 | $17407.84 | $0.00 | $17,407.84 | |